# EXHIBIT 3



**dVentus Technologies LLC**

# INVOICE

| | |
|---|---|
| **DATE:** | May 7-2013 |
| **INVOICE #:** | **201352** |

**Remit to:**

| Wire Transfer: | | Postal : | P.O. Box 7354 |
|---|---|---|---|
| **Bank of America** | | City: | Ann Arbor |
| 201 S. Main Str, Ann Arbor, MI | | ST ZIP : | MI 48107 |
| ACT#: 375005721158 | | Phone Number: | 734.674.6887 |
| ROUT#: 026009593 | | Web Addres: | www.dVentus.com |

**Tax ID:** 273864121

| Bill To: | | Ship To: | |
|---|---|---|---|
| **Name:** | **IntelliGen Power Systems LLC** | **Name:** | **IntelliGen Power Systems LLC** |
| **Address:** | 301 Winding Road | **Address:** | 301 Winding Road |
| **City:** | Old Bethpage | **City:** | Old Bethpage |
| **ST ZIP:** | NY 11804 | **ST ZIP:** | NY 11804 |
| **Country:** | USA | **Country:** | USA |
| **Phone:** | 001.516.672.0287 | **Phone:** | 001.516.672.0287 |

| P.O. # | Sales Rep. Name | Ship Date | Ship Via | Terms | Pymt Due Date |
|---|---|---|---|---|---|
| AB01042413 | Sal Con | 16 Wks est | Ground | FOB Ann Arbor | May 8/2013 |

| Product ID | Description | Quantitiy | Unit price | Total |
|---|---|---|---|---|
| dVC-150L  Power Con | 30% advance for parts purchase | 2 | $  20,250.00 | 40,500.00 |
| dVG-150L PM Gen | 30% advance for parts purchase | 2 | $   6,000.00 | 12,000.00 |
| Eng for Adaptation | 50% engineering cost | 1 | $  26,051.00 | 26,051.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| SUBTOTAL | 78,551.00 |
| Taxes% | - |
| Taxes% | - |
| SHIPPING & HANDLING | - |
| **TOTAL** | 78,551.00 |
| **PAID** | - |
| **TOTAL DUE** | **78,551.00** |

*THANK YOU FOR YOUR BUSINESS!*