# EXHIBIT 3



**dVentus Technologies LLC**

# INVOICE

**Remitt to:**

| | |
|---|---|
| **Wire Transfer:** | **Postal :** P.O. Box 7354 |
| **Bank of America** | **City:** Ann Arbor |
| 201 S. Main Str, Ann Arbor, MI | **ST ZIP :** MI 48107 |
| ACT#: 375005721158 | Phone Number: 734.674.6887 |
| ROUT#: 026009593 | Web Addres: www.dVentus.com |

**DATE:** May 7-2013

**INVOICE #:** 201352

**Tax ID:** 273864121

| Bill To: | Ship To: |
|---|---|
| **Name:** IntelliGen Power Systems LLC | **Name:** IntelliGen Power Systems LLC |
| **Address:** 301 Winding Road | **Address:** 301 Winding Road |
| **City:** Old Bethpage | **City:** Old Bethpage |
| **ST ZIP:** NY 11804 | **ST ZIP:** NY 11804 |
| **Country:** USA | **Country:** USA |
| **Phone:** 001.516.672.0287 | **Phone:** 001.516.672.0287 |

| P.O. # | Sales Rep. Name | Ship Date | Ship Via | Terms | Pymt Due Date |
|---|---|---|---|---|---|
| AB01042413 | Sal Con | 16 Wks est | Ground | FOB Ann Arbor | May 8/2013 |

| Product ID | Description | Quantitiy | Unit price | Total |
|---|---|---|---|---|
| dVC-150L  Power Con | 30% advance for parts purchase | 2 | $ 20,250.00 | 40,500.00 |
| dVG-150L PM Gen | 30% advance for parts purchase | 2 | $ 6,000.00 | 12,000.00 |
| Eng for Adaptation | 50% engineering cost | 1 | $ 26,051.00 | 26,051.00 |

| | |
|---|---|
| SUBTOTAL | 78,551.00 |
| Taxes% | - |
| Taxes% | - |
| SHIPPING & HANDLING | - |
| **TOTAL** | 78,551.00 |
| PAID | - |
| **TOTAL DUE** | **78,551.00** |

*THANK YOU FOR YOUR BUSINESS!*

Payment must be postmarked by due date for discount to apply. A _% late fee occurs every _ days after due date if not paid.