# EXHIBIT 5



| | dVentus Technologies, LLC | | Date | Invoice |
|---|---|---|---|---|
| | | | **Aug 15-2014** | 2014035 |
| | | | PO# | AB01042413 |

**Pay to:**
dVentus Technologies LLC
P.O. Box 7354
Ann Arbor, MI 48107 USA

**Bill to:**
**IntellignPower**
Attn: Sal Con
301 Winding Road
Old Bethpage
NY 11804  USA

## Invoice

| Item # | Description | Qty | Unit Price | Amount (US $) |
|---|---|---|---|---|
| 1 | dVG 150L Generator & dVC 150C Converter  (pre-shipping invoice per contract) | 1 | $141,786.00 | $ 141,786 |
| 2 | Remaining engineering per contract | 1 | $26,050.00 | $ 26,050 |
| 3 | Additional Engineering cost for specification changes by customer | 1 | $183,580.00 | $ 183,580 |
| | | | Freight : | $ 15,000 |
| | | | **Total  $** | **366,416** |

| | |
|---|---|
| **Payment Type:** | Wire Transfer |
| **Beneficiary:** | dVentus Technologies LLC |
| **BANK** | Bank of America |
| **Bank Address** | Bank of America, 201 S. Main st., Ann Arbor, MI 48104 |
| **Account#** | 375005721158 |
| **Routing#** | 026009593 |
| **Swift Code:** | BOFAUS3N |
| **Country:** | USA |

Authorized Officer Signature:         Date:

*Daniel Gizaw*
_____            _____

dVentus Technologies, LLC, 43511 Revere Dr., Belleville, MI 48111, USA , Phone(734)552-0268/ 734-674-6887